UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| MICHAEL CARPENTER<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO COLLECTIONS; and DOES 1-10, inclusive<br><br>Defendant. | Case No. 4:13-cv-05603-KAW<br><br>ORDER REGARDING JOINT STIPULATION FOR ARBITRATION AND STAY OF ACTION<br><br>(Dkt. No. 8) |

The Court, having reviewed the Joint Stipulation for Arbitration and Stay of Action of Plaintiff Michael Carpenter and Defendant Wells Fargo Bank, N.A. (erroneously sued as "Wells Fargo Collections"), and,

**GOOD CAUSE APPEARING THEREFORE,**

**IT IS HEREBY ORDERED** that:

1. The parties shall submit to binding nonjudicial arbitration;
2. The arbitration shall be conducted through either the American Arbitration Association or JAMS;
3. This action shall be STAYED until the arbitration has been completed;
4. The parties shall prepare and file a joint status report regarding the progress of arbitration by August 22, 2014.

Dated: February 21, 2014

KANDIS A. WESTMORE
U.S. Magistrate Judge